# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TRANSPARENCE, LLC, | § |
| *Plaintiff*, | § § § |
| v. | § Case No. 2:24-cv-00910-RWS-RSP |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | § § § § |
| *Defendants*. | § § |

## ORDER

It is **ORDERED** that David Keyzer is hereby appointed as the Court's technical advisor in the above-captioned case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. Mr. Keyzer's contact information is as follows:

David Keyzer
Law Office of David Keyzer, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Phone: (916) 243-5259
Email: david@keyzerlaw.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials in PDF form to david@keyzerlaw.com. If the document was filed with the Court, the copy must include the CM/ECF header. For claim construction materials that have already been filed, the filing party is **ORDERED** to provide copies to Mr. Keyzer within two business days. Otherwise, the filing party is **ORDERED** to provide copies to Mr. Keyzer no later than one business day after filing future claim construction material.

**SIGNED this 4th day of March, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE