# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TRANSPARENCE, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>　　Defendants. | Civil Action No.: 2:24-cv-00910-RWS-RSP<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO AMEND EXHIBIT A TO THE PARTIES' P.R. 4-3 JOINT CLAIM
CONSTRUCTION AND PREHEARING STATEMENT**

## LIST OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Redlined Proposed Amendment to Exhibit A to Parties' Joint Claim Construction and Prehearing Statement (Dkt. 44-1) |

## I. BACKGROUND

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants") respectfully move to amend their P.R. 4-3 disclosures (and their underlying P.R. 4-2 disclosure) to include citations to documents produced by Transparence on February 20, 2026, after Defendants' P.R. 4-2 submission was submitted on December 19, 2025 and the joint P.R. 4-3 submission was filed on January 9, 2026. Defendants have attached the proposed revised P.R. 4-3 submission, earlier filed with the Court at Dkt. 44-1. Defendants provided Transparence with a redline copy of their proposed revised P.R. 4-3 submission via e-mail on March 5, 2026. Defendants understand that Transparence does not oppose Defendants' motion.

## II. CONCLUSION

For the foregoing reasons, Samsung respectfully requests that the Court grant its motion.

Dated: March 6, 2026

Respectfully Submitted,

*/s/ Michael R. Morey*
Richard L. Rainey (D.C. Bar. No. 452996)
Kevin B. Collins (D.C. Bar No. 445305)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5565
RRainey@cov.com
KCollins@cov.com

Brian Bieluch (CA Bar. No. 331167)
Ali Mojibi (CA Bar No. 265332)
Michael R. Morey (CA Bar No. 313003)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars,
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

BBieluch@cov.com
AMojibi@cov.com
MMorey@cov.com

Patrick N. Flynn (CA Bar. No. 286108)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
PFlynn@cov.com

Melissa R. Smith (Texas Bar No. 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of March 2026.

/s/ Michael R. Morey

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant conferred with counsel for Plaintiff via email on March 5, 2026, and counsel for Plaintiff stated that Plaintiff is unopposed to this motion.

/s/ Michael R. Morey