**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TRANSPARENCE, LLC**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,**<br><br>    **Defendants.** | **Civil Action No. 2:24-cv-00910<br>JURY TRIAL DEMANDED** |

**JOINT NOTICE REGARDING MEDIATION**

In compliance with the Court's Docket Control Order (Dkt. 30), Plaintiff Transparence, LLC and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, the "Parties"), respectfully submit this Joint Notice Regarding Mediation.

The Parties have agreed that mediation would be beneficial in this matter. The Parties have been discussing potential dates and mediators and will promptly inform the Court if they require assistance regarding mediation.

Dated: April 20, 2026

Respectfully submitted,

*/s/ Shawn Blackburn*
Shawn Blackburn
Texas State Bar No. 24089989
sblackburn@susmangodfrey.com
Ryan Caughey
Texas State Bar No. 24080827
rcaughey@susmangodfrey.com
Michael B. Brightman
Texas State Bar No. 24106660
mbrightman@susmangodfrey.com
Miranda Campbell Kerrigan
Texas State Bar No. 24151205
D.C. Bar No. 90031952
mkerrigan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Trevor D. Nystrom
Washington State Bar No. 62133
tnystrom@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union St., Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Robert Greenfeld
New York State Bar No. 2824811
rgreenfeld@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1 Manhattan West
395 Ninth Avenue, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Andrea L. Fair
Texas State Bar No. 24078488
andrea@millerfairhenry.com
MILLER FAIR HENRY, PLLC

1

1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff
Transparence, LLC*

*/s/ Brian Bieluch*

Richard L. Rainey (D.C. Bar. No. 452996)
Kevin B. Collins (D.C. Bar No. 445305)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5565
RRainey@cov.com
KCollins@cov.com

Brian Bieluch (CA Bar. No. 331167)
Ali Mojibi (CA Bar No. 265332)
Michael R. Morey (CA Bar No. 313003)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars,
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
BBieluch@cov.com
AMojibi@cov.com
MMorey@cov.com

Patrick N. Flynn (CA Bar. No. 286108)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
PFlynn@cov.com

Melissa R. Smith (Texas Bar No. 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450

2

Fax: (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys for Defendants Samsung Electronics*
*Co. Ltd. and Samsung Electronics America, Inc.*

3

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served this 20th day of April 2026, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Miranda Campbell Kerrigan*

Miranda Campbell Kerrigan
