**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TRANSPARENCE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00910-RWS |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

In light of the Court's order vacating the referral of this matter to Magistrate Judge Roy S. Payne (Docket No. 79), the Court hereby requests that the parties meet and confer and prepare a joint report regarding the status of the case. The joint report shall contain the following information:

1. A list of all pending motions that require the Court's resolution, in order of priority;

2. Whether any party requests a hearing on any pending motion;

3. Whether any party believes any pending motion is moot;

4. Whether the parties believe a status conference would assist in managing this proceeding; and

5. Any other information the parties deem relevant.

Accordingly, it is

**ORDERED** that the parties **SHALL** file the joint status report within **seven (7) days** of the date of this Order.

**So ORDERED and SIGNED this 13th day of May, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE