**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TRANSPARENCE LLC,<br><br>*Plaintiff*,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:24-CV-00910-RWS<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff Transparence LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Defendants") (collectively, "the Parties") respectfully request that the Court amend its September 9, 2026, Fifth Amended Docket Control Order (Dkt. No. 203) as reflected below and in the proposed Sixth Amended Docket Control Order attached hereto:

| Current Date | Proposed Amended Date | Event |
|---|---|---|
| September 14, 2026 | **September 15, 2026** | File Motions *in Limine*<br><br>The parties shall limit their motions in limine to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |

Per the Fifth Amended Docket Control Order, the current deadline for the parties to file motions in limine is September 14, 2026. The Parties request a brief extension of this deadline to September 15, 2026. The parties have exchanged proposed topics and are actively conferring to

narrow their disputes and avoid burdening the Court unnecessarily. The deadline for responses to motions in limine shall remain the same as that set forth in the Docket Control Order.

The Parties represent that the extension requested herein is not sought for the purposes of delay. The Parties are jointly seeking the relief sought herein. Plaintiff further represents that this extension will not affect any hearing date or trial date in this matter.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter an order extending the deadline as set forth herein and in the proposed Sixth Amended Docket Control Order attached hereto.

Dated: September 14, 2026

Respectfully submitted,

*/s/ Shawn Blackburn*

Shawn Blackburn
Texas Bar No. 24089989
sblackburn@susmangodfrey.com
Ryan Caughey
Texas Bar No. 24080827
rcaughey@susmangodfrey.com
Michael B. Brightman
Texas Bar No. 24106660
mbrightman@susmangodfrey.com
Miranda Campbell Kerrigan
Texas Bar No. 24151205
Washington, D.C. Bar No. 90031952
mkerrigan@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
Garrett C. Parish
Texas Bar No. 24125824
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway

Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff Transparence, LLC*

*/s/ Ali Mojibi*

Richard L. Rainey
Washington, D.C. Bar No. 452996
Kevin B. Collins
Washington, D.C. Bar No. 445305
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5565
Email: rrainey@cov.com
Email: kcollins@cov.com

Brian Bieluch
California Bar No. 331167
Ali Mojibi
California Bar No. 265332
Michael R. Morey
California Bar No. 313003
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, California
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: bbieluch@cov.com
Email: amojibi@cov.com
Email: mmorey@cov.com

Patrick N. Flynn
California Bar No. 286108
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square
Palo Alto, California 94306
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: pflynn@cov.com

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

\

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for the Plaintiff met and conferred with counsel for Defendants to discuss the substantive relief sought in this Motion in accordance with Local Rule CV-7(h). The Parties are jointly seeking the relief sought herein.

*/s/ Miranda Campbell Kerrigan*
Miranda Campbell Kerrigan

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 14, 2026, to all counsel of record who are deemed to have consented to electronic service *via* the Court's CM/ECF system per Local Rule CV-5(a).

*/s/ Miranda Campbell Kerrigan*
Miranda Campbell Kerrigan