IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRANSPARENCE, LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:24-CV-00910-RWS |
| | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

MINUTES FOR PRETRIAL HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
OCTOBER 5, 2026

OPEN: 9:59 a.m. ADJOURN: 12:29 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Shawn Blackburn, Michael Brightman, Miranda Campbell Kerrigan, Ryan Caughey and Andrea Fair |
| ATTORNEYS FOR DEFENDANTS: | Richard Rainey, Brian Bieluch, Michael Morey, Patrick Flynn, Kevin Collins, Ali Mojibi and Melissa Smith |
| LAW CLERK: | Alessandra Gualtieri |
| COURTROOM DEPUTY: | Shedera Combs |
| COURT REPORTER: | Shelly Holmes |

| | |
|---|---|
| 9:59 a.m. | Case called; Counsel introduce themselves and announce ready; Court welcomes counsel and gives preliminary comments |
| 10:02 a.m. | Court reviews trial setting, forthcoming dispositive motions and MIL orders, objections to deposition designations and exhibits, possibility of additional pretrial hearing, trial time (testimony time to be determined, 30 minutes for voir dire, 30 minutes for opening, closing time to be determined), jury instructions and verdict form, jury questionnaires, juror notebooks, juror questions, sealing courtroom, voir dire, peremptory strikes, trial day schedule, trial disputes, |

in-person meet and confers, overnight disputes, page limits, joint pretrial order, providing exhibits, expert reports and deposition transcripts, trial exhibits, AND exhibit admission procedure

| | |
|---|---|
| 10:34 a.m. | Court discusses dispute on updated financial matter; Miranda Campbell Kerrigan responds; Patrick Flynn responds |
| 10:35 a.m. | Court discusses dispute on objection to Defendant reserving opening statement; Shawn Blackburn responds; Richard Rainey responds; Court orders notice within 48 hours; Mr. Blackburn addresses contents of Defendant's opening; Mr. Rainey responds; Court responds and will address as necessary |
| 10:40 a.m. | Court discusses issue with agreed MIL 9; Kevin Collins responds; Ms. Campbell Kerrigan responds; Court questions re use of percentages rather than raw numbers; Court will address after reviewing law |
| 10:48 a.m. | Ms. Campbell Kerrigan argues Plaintiff's MIL 1; Ali Mojibi responds |
| 10:50 a.m. | Ms. Campbell Kerrigan argues Plaintiff's MIL 2; Mr. Collins responds; Ms. Campbell Kerrigan responds; Court questions re relevance; Ms. Campbell Kerrigan responds; Court questions re expert testimony; Ms. Campbell Kerrigan responds; Mr. Collins responds |
| 10:57 a.m. | Ms. Campbell Kerrigan argues Plaintiff's MIL 3; Court questions re reliance on art to establish knowledge a POSITA would have; Ms. Campbell Kerrigan responds; Mr. Flynn responds; Court questions re objection to first sentence; Mr. Flynn responds |
| 11:01 a.m. | Michael Brightman argues Plaintiff's MIL 4; Mr. Beiluch responds; Court questions re not questioning inventors why they didn't disclose Growl to the Patent Office; Mr. Beiluch responds; Court questions re expert to discuss how Growl is relevant; Mr. Beiluch responds: Mr. Brightman responds; Court questions re specifications; Mr. Brightman responds |
| 11:20 a.m. | Mr. Brightman argues Plaintiff's MIL 5; Mr. Flynn responds |
| 11:22 a.m. | Mr. Brightman argues Plaintiff's MIL 6; Court questions re inventor's testimony; Mr. Brightman responds; Court questions re document concerns conception of the invention of the asserted patents; Mr. Brightman responds; Mr. Bieluch responds |
| 11:29 a.m. | Ryan Caughey argues Plaintiff's MIL 7; Mr. Collins responds; Court states this MIL could be resolved by forthcoming dispositive motion |
| 11:33 a.m. | Recess |
| 11:45 a.m. | Mr. Collins provides case cites from earlier argument; Andrea Fair requests |

permission to file response

| | |
|---|---|
| 11:46 a.m. | Mr. Caughey argues Plaintiff's MIL 8; Mr. Bieluch responds; Court questions re Figure 16; Mr. Bieluch responds; Court questions re inventor's testimony slides; Mr. Bieluch responds; Court questions re purpose; Mr. Bieluch responds; Mr. Caughey responds |
| 12:01 p.m. | Mr. Caughey argues Plaintiff's MIL 9; Mr. Collins responds |
| 12:04 p.m. | Michael Morey confirms parties agreement on Defendants' MIL 2 |
| 12:05 p.m. | Mr. Morey argues Defendants' MIL 1; Mr. Blackburn responds; Court questions re did Dr. Vanderhart agree that this agreement was not comparable; Mr. Blackburn responds; Court questions re testimony that licenses are comparable; Mr. Blackburn responds; Mr. Morey responds; Court questions re does Dr. Terveen state licenses are comparable; Mr. Morey responds; Court questions re cases cited; Mr. Morey responds; Mr. Blackburn responds; Court questions re no testimony; Mr. Blackburn responds; Court questions re how support argument; Mr. Blackburn responds |
| 12:22 p.m. | Mr. Collins argues Defendants' MIL 4; Mr. Blackburn responds |
| 12:28 p.m. | Mr. Collins discusses pretrial order reservation by Transparence on the scope of the rebuttal case; Mr. Blackburn responds |
| 12:29 p.m. | Adjourned |