**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TRANSPARENCE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-910-RWS |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On October 7, 2026, the Court entered a sealed order in *QPrivacy USA LLC v. Cisco Systems, Inc.*, Case No. 2:24-cv-855, the earlier-filed case that was also set for trial beginning October 19, 2026. The effect of the order, *inter alia*, was a continuance of that matter's trial setting. Consequently, the instant matter is now set first-out for trial beginning October 19, 2026. As discussed at the pretrial conference, the Court anticipates issuing its rulings on the pending dispositive and *Daubert* motions by Friday, October 9, 2026 and anticipates issuing its rulings on the pending motions *in limine* next week.

The Court requests that the parties meet-and-confer and file a status update no later than 72 hours after the dispositive and *Daubert* motions order is entered indicating the order's effect, if any, on the pending motions *in limine* and deposition designation and exhibit disputes.

**So ORDERED and SIGNED this 8th day of October, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE