**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TRANSPARENCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-910-RWS |

**ORDER**

Before the Court is the parties' Unopposed Motion to Expedite Briefing on Samsung Defendants' Motion to Stay Based Upon Final Rejections of Asserted Claims in *Ex Parte* Reexaminations (Docket No. 235). Docket No. 236. After review, and because it is unopposed, the Court, **GRANTS** the motion (Docket No. 236). Accordingly, it is **ORDERED** that Plaintiff file its response to Defendants' motion (Docket No. 235) by 12 p.m. CST on October 14, 2026. No additional briefing will be permitted.

**So ORDERED and SIGNED this 12th day of October, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE